JOHN TRICOLO, RESPONDENT, v. DONATO CENTALANZA AND RAFFAELE CENTALANZA, APPELLANTS.

Argued March 20, 1925—Decided May 18, 1925.

On appeal from the Supreme Court, whose opinion is reported in 100 *N. J. L.* 231.

· For the appellants, *Thomas Brunetto*.

For the respondent, *Gaetano Belfatto*.

PER CURIAM.

Our examination of this case has led up to the conclusion that a right result was reached in the court below upon the facts, and, therefore, the judgment under review herein should be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, CLARK, MCGLENNON, KAYS, JJ.   12.

*For reversal*—None.